

MCH USAO2015R00672

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Crim. No. _ELH-15-0653_ |
| | : | |
| v. | : | (Possession of a Firearm by a |
| | : | Previously Convicted Person, 18 |
| | : | U.S.C. § 922(g)(1)) |
| **CHRISTOPHER DAVIS** | : | |

### INDICTMENT

The Grand Jury for the District of Maryland charges that:

On or about August 20, 2015, in the District of Maryland, the defendant,

### CHRISTOPHER DAVIS,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: one Taurus revolver, serial number DM988606, in and affecting commerce.

18 U.S.C. § 922(g)(1)

## FORFEITURE

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d), in the event of the defendant's conviction on Count One of this Indictment.

2. As a result of the offense set forth in Count One, the defendant shall forfeit to the United States the firearms involved in the offense.

21 U.S.C. § 853; 28 U.S.C. § 2461(c); Rule 32.2(a), F.R.Crim.P.
18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)

_Rod J. Rosenstein/mch_
Rod J. Rosenstein
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
Foreperson

Date: 12/17/15