AO 442 (Rev. 11/11) Arrest Warrant

**U.S. MARSHAL**
**BALTIMORE, MD**

**2015 DEC 18  AM 9:57**

FILED

2015 FEB 18  PM 3:32

CLERK'S OFFICE
AT BALTIMORE

✓ DEPUTY

2015 DEC 17  PM 4:58

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

| United States of America | ) | |
| v. | ) | Case No.  ELH-15-0653 |
| | ) | |
| CHRISTOPHER DAVIS | ) | |
| | ) | |
| | ) | |
| Defendant | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    CHRISTOPHER DAVIS
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

  Possession of a firearm by a previously convicted person, in violation of 18 U.S.C. Section 922(g)(1)

Date:   12-17-15

_____
*Issuing officer's signature*

City and state:    Baltimore, Maryland

Beth P. Gesner, U.S. Magistrate Judge
_____
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* 2/4/16 , and the person was arrested on *(date)* 2/16/16 at *(city and state)* BALTIMORE MD . |
| Date: 2/16/16 _____ *Arresting officer's signature* _____ *Printed name and title* |