# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.

CHRISTOPHER DAVIS

\*

\*

\*

Case No.  ELH-15-0653; CCB-07-0444

\*\*\*\*\*\*

## ORDER OF TEMPORARY DETENTION PENDING HEARING
## PURSUANT TO BAIL REFORM ACT

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for _FRI. 2/19/2016_ (date) at _2:30p_ (time) before _BETH P. GESNER_, United States Magistrate Judge, 101 West Lombard Street, Baltimore, Maryland 21201 Courtroom __7B__.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____) (Other Custodial Official) and produced for the hearing.

February 16, 2016
Date

Beth P. Gesner
United States Magistrate Judge