**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIM. NO. ELH-15-0653** |
| : | |
| **CHRISTOPHER DAVIS** : | |

…oooOooo…

**MOTION FOR EXCLUSION OF TIME FROM**
**SPEEDY TRIAL COMPUTATIONS**

The United States of America, by counsel, hereby moves this Court as follows:

1.  The Speedy Trial Act, 18 U.S.C. § 3161, requires that a defendant be brought to trial within 70 days of indictment or initial appearance. The Act does provide for various circumstances under which the computation of time may be excluded. 18 U.S.C. § 3161(h).

2.  The Court has ordered that pretrial motions be filed by April 15, 2016, and that a conference call on the status of the case will take place on April 21, 2016 at 4:00pm.

3.  The government asks that the period from the filing of this motion through April 21, 2016 be excluded from computation under the Speedy Trial Act. Discovery is being provided at this time. Defense counsel will need sufficient time to review the discovery in this case, to discuss the case with his client, to consider plea options, and to prepare possible pretrial motions.

4.  The circumstances of this case permit a delay and a continuance of the trial date beyond the normal seventy-day time frame. Periods of delay that extend the time within which trial should commence include delay resulting from a continuance of the trial date beyond the

seventy day speedy trial period, if such continuance is granted by the Court on the basis of a finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). In this case, the requested exclusion of time will serve the interests of justice because it would allow the parties to complete discovery, engage in plea negotiations, and for the defense to consider plea options. In the event that the defense decides to file motions, the requested time will allow for the defense to prepare those motions. For the reasons stated above, in this case the ends of justice served by continuing the trial of the matter outweigh the interests of the defendant, and the public, in a speedy trial, and the resulting delay is permissible pursuant to 18 U.S.C. § 3161(h)(7).

5. Defense counsel has advised that the defense does consent to this request.

Wherefore, the United States of America, through undersigned counsel, hereby requests that the Court issue an Order providing for the requested exclusion of time from the date of this Motion through April 21, 2016. A proposed Order is submitted herewith.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By:_____/s/_____
Michael C. Hanlon
Assistant United States Attorney

36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
(410) 209-4895
Fax: (410) 962-3124

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **CRIM. NO. ELH-15-0653** |
| : | |
| **CHRISTOPHER DAVIS** : | |

…oooOooo…

**ORDER**

Upon consideration of the government's Motion for Exclusion of Time from Speedy Trial Computations, the Court finds as follows:

The Court has ordered that pretrial motions be filed by April 15, 2016, and that a conference call on the status of the case will take place on April 21, 2016 at 4:00pm.

The Court hereby excludes from the computation of time under the Speedy Trial Act the period from the date of the filing of the Motion through April 21, 2016. The circumstances of this case permit such a delay and a continuance of the trial date beyond the normal seventy-day time frame. Periods of delay that extend the time within which trial should commence include delay resulting from a continuance, if such continuance is granted by the Court on the basis of a finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). In this case, the requested exclusion of time will serve the interests of justice because it would allow the parties to complete discovery, engage in plea negotiations, and for the defense to consider plea options. In the event that the defense decides to file motions, the requested time will allow for the defense to prepare those motions.

Therefore, because the interests of justice served by such a delay outweigh the interests of the defendant, and the public, in a speedy trial, the period from the date of the Motion through April 21, 2016 is excluded from computation under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7).

Therefore, it is hereby ORDERED pursuant to 18 U.S.C. § 3161(h)(7), that the period from the date of the Motion through April 21, 2016, shall be excluded from computation under the Speedy Trial Act.

The Clerk of the Court shall mail a copy of this Order to all counsel of record.

_____                                _____
Date                                                                  Ellen L. Hollander
                                                                            United States District Judge