IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2016 APR -1 PM 5: 01

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIM. NO. ELH-15-0653 |
| | : | |
| CHRISTOPHER DAVIS | : | |

...oooOooo...

## ORDER

Upon consideration of the government's Motion for Exclusion of Time from Speedy Trial Computations, the Court finds as follows:

The Court has ordered that pretrial motions be filed by April 15, 2016, and that a conference call on the status of the case will take place on April 21, 2016 at 4:00pm.

The Court hereby excludes from the computation of time under the Speedy Trial Act the period from the date of the filing of the Motion through April 21, 2016. The circumstances of this case permit such a delay and a continuance of the trial date beyond the normal seventy-day time frame. Periods of delay that extend the time within which trial should commence include delay resulting from a continuance, if such continuance is granted by the Court on the basis of a finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). In this case, the requested exclusion of time will serve the interests of justice because it would allow the parties to complete discovery, engage in plea negotiations, and for the defense to consider plea options. In the event that the defense decides to file motions, the requested time will allow for the defense to prepare those motions.

Case 1:15-cr-00653-ELH Document 17 Filed 04/01/16 Page 4 of 4

Therefore, because the interests of justice served by such a delay outweigh the interests of the defendant, and the public, in a speedy trial, the period from the date of the Motion through April 21, 2016 is excluded from computation under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7).

Therefore, it is hereby ORDERED pursuant to 18 U.S.C. § 3161(h)(7), that the period from the date of the Motion through April 21, 2016, shall be excluded from computation under the Speedy Trial Act.

The Clerk of the Court shall mail a copy of this Order to all counsel of record.

4/1/16
Date

Ellen L. Hollander
United States District Judge