**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| v. | : | Case No.  ELH-15-CR-0653 |
| | : | |
| **CHRISTOPHER DAVIS** | : | |
| | : | |
| **Defendant** | : | |

**MOTION FOR LEAVE TO AMEND, SUPPLEMENT, OR WITHDRAW MOTIONS
OR TO FILE ADDITIONAL MOTIONS**

Christopher Davis, the Defendant, by and through his attorneys Rebecca S. Talbott and Michael S. Oppenheimer, Assistant Federal Public Defenders, respectfully moves this Honorable Court for leave to amend, supplement, or withdraw motions or to file additional motions.  In support of this Motion, counsel states as follows:

1.Mr. Davis has been charged by indictment with one count of possession of a firearm by a previously convicted person, in violation of 18 U.S.C. § 922(g).

2.Mr. Davis has filed timely pre-trial motions seeking to suppress statements and suppress tangible evidence.

3.Investigation of this case is ongoing.  Accordingly, the undersigned respectfully requests leave to supplement these motions or to file any additional motions that may prove appropriate to the content of any information discovered by the government or received by the defense, whether or not such motion is mandatory under Rule 12(b)(3).

4.In addition, the undersigned requests leave to withdraw any motion, prior to any ruling by the Court, if the relief requested in such motion is no longer desired or appropriate.

1

**WHEREFORE**, Mr. Davis requests that this Honorable Court allow counsel to amend, supplement, withdraw, or file additional motions as necessary.

                                            Respectfully submitted,

                                            JAMES WYDA
                                            Federal Public Defender

                                            _____/s/_____
                                            REBECCA S. TALBOTT (#803577)
                                            MICHAEL S. OPPENHEIMER (#804720)
                                            Assistant Federal Public Defenders
                                            100 South Charles Street
                                            Tower II, 9th Floor
                                            Baltimore, Maryland  21201
                                            Phone: (410) 962-3962
                                            Fax:  (410) 962-0872
                                            Email: rebecca_talbott@fd.org
                                                    michael_oppenheimer@fd.org

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the date stamped above, a copy of the foregoing was served via CM/ECF to parties in this matter.

                                            _____/s/_____
                                            REBECCA S. TALBOTT
                                            Assistant Federal Public Defender