

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Michael C. Hanlon*  *Suite 400*  DIRECT: 410-209-4895
*Chief, Violent Crimes*  *36 S. Charles Street*  MAIN: 410-209-4800
*Michael.Hanlon@usdoj.gov*  *Baltimore, MD 21201-3119*  FAX: 410-962-3124

June 25, 2016

Honorable Ellen L. Hollander
United States District Judge
U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:    United States v. Christopher Davis
           Crim. No. ELH-15-653

Dear Judge Hollander:

    I am writing concerning the status of the above-referenced case. On Friday, at the government's request, the Court postponed the status conference call in this matter to Tuesday at 5:00pm. The parties intend to make a joint request for the Court to allow another four weeks of plea negotiations, and for another status call to be set for July 20, 2016 at 4:00pm. This additional time, we hope, will allow the defense to complete some background investigation concerning the defendant, and for the parties to complete plea negotiations. I have included a line below if this proposal is agreeable. I thank the Court for its consideration of this matter.

           Very truly yours,

           Rod J. Rosenstein
           United States Attorney

           By:_____/s/_____
           Michael C. Hanlon
           Assistant United States Attorney

cc:    Counsel via ECF

APPROVED,

_____
Hon. Ellen L. Hollander
United States District Judge